UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| SCOTT CHRISTOPHER BRADLEY | ) | CASE NO. 20-11208-reg |
| | ) | |
| Debtor | ) | |
| | ) | |

**AGREED ENTRY MODIFYING STAY**

Creditor, Guild Mortgage Company, (hereinafter referred to as "Guild Mortgage"), by counsel, and Martin E. Seifert, Trustee, by counsel, agree and stipulate as follows:

1. On November 22, 2021, Guild Mortgage filed a Motion for Relief from Stay and to Abandon Real Estate with respect to property commonly known as 13826 Cottonwood St., Williston, ND. 58801 (Real Estate).

2. On December 6, 2021, the trustee filed an objection to the Motion on the basis of potential non-exempt equity in the Real Estate.

3. The Trustee proposes that it is in the best interest of the estate to sell the Real Estate for the benefit of creditors.

4. The Trustee shall have 90 days from the date the court approves this agreement to file a Motion to approve the sale of Real Estate.

5. In the event the sale of the property would result in proceeds insufficient to pay Guild Mortgage in full, Guild Mortgage shall have the right to reject approval of the sale. In the event a motion to approve sale is not timely filed, then the automatic stay in effect in this case pursuant to 11 U.S.C. §362 shall be terminated, and said Guild Mortgage shall be permitted to exercise any rights granted to it by the loan documents with respect to the Debtor and the property located at 13826 Cotton St., Williston, ND. 58801, including, but not limited to, the initiation and completion of foreclosure proceedings and sale of the Real Estate.

DATED: _____.

                          _____
                          ROBERT E. GRANT, CHIEF JUDGE
                          UNITED STATES BANKRUPTCY COURT
                          Northern District of Indiana

AGREED AND STIPULATED TO THIS 20th DAY OF DECEMBER 2021.

                          /s/ SUSAN M WOOLLEY
                          SUSAN M. WOOLLEY, Attorney for
                          Guild Mortgage Company
                          Attorney No. 15000-64
                          8415 Allison Pointe Blvd., Suite 400
                          Indianapolis, IN 46250
                          Telephone: 317-237-2727
                          Fax: 317-237-2757
                          Email: SWOOLLEY@feiwellhannoy.com

AGREED AND STIPULATED TO THIS 20th DAY OF DECEMBER 2021.

                          /s/ MARTIN E. SEIFERT
                          MARTIN E. SEIFERT,
                          CHAPTER 7 TRUSTEE
                          444 East Main Street
                          Fort Wayne, IN 46802
                          Telephone: 260-426-0444
                          Fax: 260-422-0274
                          Email: mseifert@hallercolvin.com

**Distribution**
John Thomas Sees
Nancy Gargula